UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

NICHOLAS BLANCHARD,                          )
                                             )
                                             )
            Plaintiff,                        )
                                             )
v.                                           )      Civil Action No. 1:26-cv-00008-SDN
                                             )
SGT. DESMOND NUTTER, in his official         )
and individual capacities, and the CITY OF   )
AUGUSTA, MAINE                               )
                                             )
            Defendants                       )

## JOINT OBJECTION TO SCHEDULING ORDER

The parties, through their respective counsel, hereby jointly object to the Court's

Proposed Scheduling Order dated March 24, 2026 (ECF No. 13). In support of this Objection,

the parties state the following:

1.      The parties have conferred as required by Fed. R. Civ. P. 26(f) and in accordance

with the Scheduling Order dated March 24, 2026 (ECF No. 13).

2.      Given that Defendant City of Augusta and Defendant Sgt. Desmond Nutter are

represented by separate counsel, the parties agree that the limitation on discovery "per opposing

side" provided in the Standard Track assignment should be modified for this case. Accordingly,

the parties have agreed to propose modifying the language in the Scheduling Order to state that

discovery is limited "per party" instead of "per opposing side." With respect to the written

discovery, each party is therefore permitted to propound such discovery to the other two parties.

3.      In addition, the parties have discussed the deadlines in the Scheduling Order and

the anticipated discovery in the case. The parties believe they will need some additional time to

complete discovery in this case. The current discovery is August 11, 2026. The parties have

agreed to seek  a modest modification to allow for an extended discovery deadline of October 1, 2026. In addition, the parties seek to modify the subsequent deadlines that correspond to the discovery deadline.

4.    The parties do not have any other objections to the Scheduling Order dated March 24, 2026.

5.    For the reasons set forth above, the parties jointly request that the Court grant this objection and enter a Scheduling Order with the following modifications:

Discovery is limited to not more than 30 interrogatories per party (subparts not permitted); 30 requests for admission per party; 2 sets of requests for production per party; and 5 depositions per party. By "per party," with respect to the written discovery, each party is permitted to propound such discovery to the other two parties.

Deadline to Complete Discovery:      October 1, 2026

Deadline to File Notice of Intent:      October 8, 2026

Deadline for Filing All Dispositive Motions and All *Daubert* and *Kumho* Motions

Challenging Expert Witnesses with Supporting Materials:   October 22, 2026

Expected Trial Date:                      December 2, 2026 or as determined by the Court.

Dated at Portland, Maine this 10th day of April 2026.

> */s/ Kasia S. Park*
> Kasia S. Park
> Susan M. Weidner
> *Attorneys for Defendant City of Augusta*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME
(207) 772-1941
kpark@dwmlaw.com

2

sweidner@dwmlaw.com

/s/ Benjamin J. Wahrer
Benjamin J. Wahrer, Esq.
*Attorney for Defendant Sgt. Desmond Nutter*

**NORMAN, HANSON & DETROY, LLC**
PO Box 4600
Portland, ME 04112-4600
207-774-7000
bwahrer@nhdlaw.com

/s/ Jay M. Wolman
Stephen C. Smith, Esq.
Marc J. Randazza, Esq.
Jay M. Wolman, Esq.
*Attorneys for Plaintiff Nicholas Blanchard*

**STEVE SMITH TRIAL LAWYERS**
191 Water Street
Augusta, ME 04330
Tel:  (207) 622-3711
Fax: (207) 707-1036
info@americantrialgroup.com

**RANDAZZA LEGAL GROUP, PLLC**
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com