**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| NICHOLAS BLANCHARD,<br>Plaintiff,<br>v.<br>SGT. DESMOND NUTTER<br>and<br>the CITY OF AUGUSTA, MAINE,<br>Defendants. | Case No. 1:26-cv-00008-SDN<br><br>**PLAINTIFF'S CONSENTED-TO MOTION TO EXTEND REMAINING SCHEDULING ORDER DEADLINES** |

Plaintiff Nicholas Blanchard respectfully moves this Honorable Court to extend the remaining deadlines in the Scheduling Order, as modified by the Court's April 13, 2026 Order and the April 14, 2026 notice resetting Scheduling Order deadlines, by sixty (60) days. In support of this motion, Plaintiff states as follows:

1. The Court entered its Scheduling Order on March 24, 2026. The parties thereafter filed a Joint Objection to Scheduling Order, requesting that the discovery limits be modified from "per opposing side" to "per party," that the discovery deadline be extended to October 1, 2026, and that the corresponding summary-judgment, dispositive-motion, Daubert/Kumho, and trial-readiness deadlines be reset accordingly.
2. By Order dated April 13, 2026, the Court granted new deadlines. On April 14, 2026, the docket was updated to reset the Scheduling Order deadlines.
3. Good cause exists under Federal Rule of Civil Procedure 16(b)(4) to extend the remaining Scheduling Order deadlines by sixty (60) days. The parties are engaged in ongoing discovery,

and additional time is needed to complete written discovery, evaluate the parties' disclosures and productions, conduct any necessary follow-up discovery, and prepare expert disclosures and dispositive-motion practice in an orderly manner.

4. Plaintiff requests that the remaining Scheduling Order deadlines be extended as follows:

| **Deadline** | **Current Deadline** | **Proposed Extended Deadline** |
|---|---|---|
| Defendant(s) expert disclosures under Fed. R. Civ. P. 26(a)(2) | July 14, 2026 | September 14, 2026 |
| Plaintiff's written settlement demand | July 28, 2026 | September 28, 2026 |
| Defendant(s)' written response to settlement demand | August 11, 2026 | October 13, 2026 |
| Deadline to complete discovery | October 1, 2026 | November 30, 2026 |
| Notice of Intent to File Motion for Summary Judgment and Need for Pre-Filing Conference under Local Rule 56(h) | October 8, 2026 | December 7, 2026 |
| Deadline for filing all dispositive motions and all Daubert/Kumho motions challenging expert witnesses | October 22, 2026 | December 21, 2026 |
| Case ready for trial | December 3, 2026 | February 1, 2027 |

The requested extension is limited and will not unduly delay the proceedings. The extension will allow the parties to complete discovery and prepare any expert and dispositive-motion submissions on a complete record.

Counsel for Defendants consent to the filing of this motion.

WHEREFORE, Plaintiff respectfully requests the Court extend the remaining Scheduling Order deadlines by sixty (60) days as set forth above and grant such further relief as the Court deems just and proper.

Dated: July 13, 2026

Respectfully Submitted,

*/s/ David R. Gordon*
Stephen C. Smith, Bar No. 8270
David R. Gordon, Bar No. 11432
Steve Smith Trial Lawyers
191 Water Street
Augusta, ME 04330
info@americantrialgroup.com
Tel: (207) 622-3711
Fax: (207) 707-1036

Marc J. Randazza (*pro hac vice*)
*Lead Counsel*
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

*Attorneys for Plaintiff,*
*Nicholas Blanchard*